DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ANITA S. BRYANT,

Appellant,

v.

REEMPLOYMENT ASSISTANCE APPEALS COMMISSION
and ADECCO USA, INC.,

Appellees.

No. 2D23-1389

————————————————

February 21, 2024

Appeal from the Reemployment Assistance Appeals Commission.

Anita S. Bryant, pro se.

Amanda L. Neff, Deputy General Counsel, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

No appearance for Appellee Adecco USA, Inc.

PER CURIAM.

     Affirmed.

NORTHCUTT, KELLY, and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.